**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO.** 3:18-CV-499-CRS

Removed from Jefferson Circuit Court
Civil Action No. 18-CI-02144

**MICHELE STIGALL**                                                                                            **PLAINTIFF**

**v.**                                  **NOTICE OF REMOVAL**

**STANDARD INSURANCE COMPANY**                                 **DEFENDANT**

Defendant and removing party, STANDARD INSURANCE COMPANY ("Standard"), by its attorney Jacqueline J. Herring of Smith von Schleicher & Associates, provides Notice of Removal pursuant to 28 U.S.C. §1441 *et seq.*, and respectfully presents this Court the following grounds for removal:[1]

1. Standard is the defendant in an action captioned *Michele Stigall v. Standard Insurance Company*, Case No. 18CI02144, pending in Jefferson Circuit Court, Kentucky. The plaintiff, Michele Stigall ("Plaintiff") commenced this action on April 12, 2018 by filing a Complaint in the Jefferson Circuit Court, Kentucky, asserting a claim for payment of disability benefits under an employee welfare benefit plan governed by the Employee Retirement Income Security Act of 1974, 29 U.S.C. §1001 *et seq.* ("ERISA").

2. On July 11, 2018, the Summons and Complaint was served through the Kentucky Secretary of State. Copies of the Summons and Complaint are attached hereto as Exhibits A and B, respectively. The Summons and Complaint constitute all of the process, pleadings and orders served on Standard.

---

[1] Jacqueline J. Herring is pending admission *pro hac vice*.

3. Based on the date of service, Notice of Removal is due on or before August 10, 2018. Because Notice of Removal has been filed on or before August 10, 2018, Standard's Notice of Removal is timely pursuant to 28 U.S.C. §1441 and §1446. A copy of the Notice of Filing Notice of Removal to be filed with the Jefferson Circuit Court is attached as Exhibit C.

4. This civil action is removable based on federal question jurisdiction under 28 U.S.C. §1331 and 28 U.S.C. §1441, because Plaintiff's claim is brought under the federal law of ERISA §502(a)(1)(B), 29 U.S.C. §1132(a)(1)(B). (Ex. B, Compl., ¶ 6). Plaintiff alleges, "Plaintiff brings this action to enforce her rights under section 502(a)(1)(B) of the Employee Retirement Income Security Act, (ERISA)…." (Ex. B, Compl., ¶ 6). She asserts two counts, one for "Wrongful Denial of Benefits Under ERISA, 29 U.S.C. § 1132," and one for "Attorney Fees and Costs" under §502(g)(1) of ERISA, 29 U.S.C. §1132(g)(1). (Ex. B, Compl., Ct. I, Ct. II, ¶ 56). Plaintiff further alleges that there exists "jurisdiction to hear this claim pursuant to 28 U.S.C. § 1331, in that the claim arises under the laws of the United States of America." (Ex. B, Compl., ¶ 6). Plaintiff seeks payment of benefits under an ERISA-regulated employee welfare benefit plan. (Ex. B, Compl., ¶¶ 1, 6, 53-54).

5. Federal question jurisdiction exists under 28 U.S.C. §1331 because Plaintiff's claim arises under the federal law of ERISA. Therefore Standard is entitled to remove this action from state court to federal court pursuant to 28 U.S.C. §1441 and 28 U.S.C. §1446. This case is properly removable from Jefferson Circuit Court, Kentucky, to the United States District Court for the Western District of Kentucky, Louisville Division, based on federal question jurisdiction.

WHEREFORE, Removing Party and Defendant, STANDARD INSURANCE COMPANY, requests that the above action be removed from Jefferson Circuit Court, Kentucky, to the United States District Court for the Western District of Kentucky, Louisville Division.

Respectfully submitted,

Jacqueline J. Herring (Ill. Bar 6282246)
SMITH | VON SCHLEICHER + ASSOCIATES
180 North LaSalle Street, Suite 3130
Chicago, Illinois 60601
P  312.541.0300 | F  312.541.0933
jackie.herring@svs-law.com
(pending admission *pro hac vice*)

By: */s/ Jacqueline J. Herring*
Attorney for Defendant,
Standard Insurance Company

## CERTIFICATE OF SERVICE

I certify that on July 30, 2018, I electronically filed the foregoing with the Clerk of the above Court using the CM/ECF system.  I further certify that a paper copy of the electronically filed document was served on the individual addressed below via U.S. Mail.

Robert A. Florio
1500 Story Ave
Louisville, Kentucky 40206
raflorioatty@hotmail.com

                                                 */s/ Jacqueline J. Herring*
                                                 SMITH | VON SCHLEICHER + ASSOCIATES
                                                 180 N. LaSalle St. Suite 3130
                                                 Chicago, Illinois 60601
                                                 P  312.541.0300 | F  312.541.0933
                                                 jackie.herring@svs-law.com
                                                 Ill. Bar No. 6282246