IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:18-CV-00499-CRS-LLK

**MICHELE STIGALL**                                                                                    **PLAINTIFF**

v.

**STANDARD INSURANCE COMPANY**                                              **DEFENDANT**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The parties being in agreement that all matters in controversy in the above captioned cause of action have been fully compromised, agreed, and settled pursuant to the terms of a written settlement agreement and the Court being otherwise advised, it is hereby ORDERED, ADJUDGED AND DECREED that this matter is hereby dismissed in its entirety with prejudice, each party to bear its own costs and attorneys' fees.

SO ORDERED:

Dated: June 26, 2019

**Charles R. Simpson III, Senior Judge**
**United States District Court**

Approved as to entry:

By: /s/ Robert A. Florio (with consent)
    Attorney for Plaintiff,
    Michele Stigall

Robert A. Florio
1500 Story Ave
Louisville, Kentucky 40206
P: 502-295-7930
raflorioatty@hotmail.com

By: /s/ Jacqueline J. Herring
    Attorney for Defendant,
    Standard Insurance Company

Jacqueline J. Herring
SMITH | VON SCHLEICHER + ASSOCIATES
180 North LaSalle Street Suite 3130
Chicago, Illinois 60601
P: 312-541-0300
jackie.herring@svs-law.com